PROSKAUER ROSE LLP
William M. Hart (WH-1604)
Louis M. Solomon (LS-7906)
Hank L. Goldsmith (HG-7108)
1585 Broadway
New York, NY 10036-8299
Telephone 212.969.3000
*Attorneys for Plaintiff Flight Sciences, Inc.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------- X

| | |
|---|---|
| FLIGHT SCIENCES, INC., | : |
| Plaintiff, | : **PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO RULE 7.1** |
| against | : **Case No. 07 CV 2830 (VM)** |
| CATHAY PACIFIC AIRWAYS LIMITED | : |
| Defendant. | : |

---------------------------------- X

Plaintiff Flight Sciences, Inc. ("Flight Sciences"), by and through its attorneys Proskauer Rose LLP, pursuant to Fed. R. Civ. P. 7.1, states the following: Flight Sciences certifies that it has no parent companies and that there are no publicly held corporations that own 10% or more of its stock.

-2-

Dated: New York, New York
April 9, 2007

                              PROSKAUER ROSE LLP

                              By: <u>s/ Hank L. Goldsmith</u>
                              Louis M. Solomon (LS-7906)
                              William M. Hart (WH-1604)
                              Hank L. Goldsmith (HG 7108)
                              1585 Broadway
                              New York, NY  10036-8299
                              Phone: (212) 969-3000
                              *Attorneys for Plaintiff*