# AFFIDAVIT OF SERVICE

**R.D. WELLS SERVICES**

Index # *07 CV 2830*

UNITED STATES DISTRICT Court,    SOUTHERN DISTRICT OF NEW YORK

*FLIGHT SCIENCES, INC.,*

Plantiff

against

Defendant

*CATHAY PACIFIC AIRWAYS LIMITED,*

STATE OF NEW YORK
County of: *ALBANY*

*Robert Wells*, being duly sworn, deposes and says that he/she is over the age of eighteen(18) years; that on: *4/10/2007* at the office of the Secretary of State, of the State of New York in the City of Albany, New York, he/she served the annexed *Summons & Complaint, Ind Practices of Judge Marrero, Ind Practices of Magistrate Judge Maas, Procedures for Electronic Filing, 3rd Amended Instructions for Filing, Notice of Availabilty, Consent to Exercise & Trial Procedures* on *CATHAY PACIFIC AIRWAYS LIMITED*

Defendant in this action, by delivering to and leaving with *Carol Vogt* an authorized agent in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of *$40.00* Dollars. That said service was made pursuant to Section *306*, Business Corporation Law.

Deponent further says that he/she knew the person so served as aforesaid to be an authorized agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Deponent further states that he/she describes the person actually served as follows:

Sex:   Skin Color:   Hair Color:   Age (Approx.)   Height (Approx.)   Weight (Approx.)

*Female   White   Brown   45   5'2   125*

Other Identifying Features: *Glasses*

_____
Robert Wells

Sworn to before me, this

*10* day of *APRIL*, 20 *07*

_____
Notary Public-Commissioner of Deeds

ROSEMARY LANNI
Notary Public, State of New York
Qualified in Albany County
Reg No 4904277
Commissior Expires Nov 2, 2008

R. D. WELLS SERVICES
P.O. BOX 3931
ALBANY, NY 12203