# CONDON & FORSYTH LLP

NEW YORK
LOS ANGELES

Direct Dial: (212) 894-6740
Direct Fax: (212) 370-4482
mholland@condonlaw.com

**VIA FACSIMILE**

April 26, 2007

Honorable Victor Marrero
United States District Judge
United States District Court
Southern District of New York
Suite 660
500 Pearl Street
New York, New York 10007

> USDS SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 4-27-07

Re: Flight Sciences, Inc. v. Cathay Pacific Airways Limited
    Docket No. 07 Civ. 2830 (VM)
    C and F Ref: MJH/63103

Dear Judge Marrero:

Our Firm represents defendant Cathay Pacific Airways Limited in the above matter. We have just received from our client the Summons and Complaint which was served on them pursuant to Section 306 of the Business Corporation Law.

We would respectfully request that Cathay Pacific Airways Limited have until May 31, 2007 within which to answer or move with respect to the Complaint. This is the first request for such an extension of time and plaintiff's counsel, Herman L. Goldsmith of the Proskauer Rose firm, has graciously agreed to this extension.

Respectfully,

CONDON & FORSYTH LLP

By: _____
Michael J. Holland (MH 8329)

MJH/mar

cc: Herman L. Goldsmith, Esq.
    Proskauer Rose

> Request GRANTED. The time for defendant(s) to answer or otherwise move with respect to the complaint in this action is extended to 5-31-07.
>
> SO ORDERED.
>
> 4-27-07
> DATE     VICTOR MARRERO, U.S.D.J.