UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x  MH 8329
FLIGHT SCIENCES, INC.,                :
                                              Civil Action No.:
            Plaintiff,       :   07 CV 2830 (VM)

     - against -                           :
                                              **STATEMENT PURSUANT TO**
CATHAY PACIFIC AIRWAYS LIMITED,       :   **FED.R.CIV.P.7.1**

            Defendant.       :

                                              :
------------------------------X

      Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, the undersigned attorneys of record for defendant Cathay Pacific Airways Limited certifies that the following are parent corporations and/or publicly held corporations that own more than 10% of stock of defendant Cathay Pacific Airways Limited:

      CITIC Pacific Limited
      Air China Limited
      Swire Pacific Limited

Dated:    New York, New York
            May 31, 2007

                                                            CONDON & FORSYTH LLP

                                                            By_____
                                                             Michael J. Holland (MH 8329)
                                                             A Partner of the Firm
                                                             7 Times Square
                                                             New York, New York 10036
                                                            (212) 490-9100
                                                           Attorneys for Defendant
                                                           Cathay Pacific Airways
                                                          Limited