PROSKAUER ROSE LLP
William M. Hart (WH-1604)
Louis M. Solomon (LS-7906)
Hank L. Goldsmith (HG-7108)
1585 Broadway
New York, NY 10036-8299
Telephone 212.969.3000
*Attorneys for Plaintiff Flight Sciences, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X

| | | |
|---|---|---|
| FLIGHT SCIENCES, INC., | : | |
| | : | |
| Plaintiff, | : | **07 CV 2830 (VM)** |
| | : | |
| against | : | **ECF CASE** |
| | : | |
| CATHAY PACIFIC AIRWAYS LIMITED | : | **REPLY TO COUNTERCLAIM** |
| | : | |
| Defendant. | : | |

------------------------------------X

Plaintiff Flight Sciences, Inc. ("Flight Sciences"), by and through its attorneys Proskauer Rose LLP, for its Reply to the Counterclaim (the "Counterclaim") of Defendant Cathay Pacific Airways Limited ("CPAL") contained in CPAL's Answer to Complaint and Counterclaim ("Answer") alleges as follows:

1. Responding to paragraph 70 of the Answer, admits that the Agreement contains a paragraph 15 entitled "Advertising/Public Announcement," states that the language of the paragraph speaks for itself, states that the balance of paragraph 70 of the Answer states a legal conclusion as to which no response is required, and denies the remainder of the paragraph.

2. Denies the allegations contained in paragraph 71 of the Answer.

3. Denies the allegations contained in paragraph 72 of the Answer.

4. Denies the allegations contained in paragraph 73 of the Answer.

5. Denies the allegations contained in paragraph 74 of the Answer.

6. Denies the allegations contained in paragraph 75 of the Answer.

**AS AND FOR A COMPLETE AND SEPARATE FIRST AFFIRMATIVE DEFENSE TO THE COUNTERCLAIM**

7. The Counterclaim fails to state a claim upon which relief may be granted.

**AS AND FOR A COMPLETE AND SEPARATE SECOND AFFIRMATIVE DEFENSE TO THE COUNTERCLAIM**

8. Laches.

**AS AND FOR A COMPLETE AND SEPARATE THIRD AFFIRMATIVE DEFENSE TO THE COUNTERCLAIM**

9. Statute of Limitations.

**AS AND FOR A COMPLETE AND SEPARATE FOURTH AFFIRMATIVE DEFENSE TO THE COUNTERCLAIM**

10. Unclean hands.

**AS AND FOR A COMPLETE AND SEPARATE FIFTH AFFIRMATIVE DEFENSE TO THE COUNTERCLAIM**

11. Waiver.

**AS AND FOR A COMPLETE AND SEPARATE SIXTH AFFIRMATIVE DEFENSE TO THE COUNTERCLAIM**

12. Estoppel.

**AS AND FOR A COMPLETE AND SEPARATE SEVENTH AFFIRMATIVE DEFENSE TO THE COUNTERCLAIM**

13. Acquiescence.

**AS AND FOR A COMPLETE AND SEPARATE EIGHTH AFFIRMATIVE DEFENSE TO THE COUNTERCLAIM**

14. Consent.

### AS AND FOR A COMPLETE AND SEPARATE NINTH AFFIRMATIVE DEFENSE TO THE COUNTERCLAIM

15. Ratification.

### AS AND FOR A COMPLETE AND SEPARATE TENTH AFFIRMATIVE DEFENSE TO THE COUNTERCLAIM

16. All of Plaintiff's actions were in conformity with the terms of the Agreement.

### AS AND FOR A COMPLETE AND SEPARATE ELEVENTH AFFIRMATIVE DEFENSE TO THE COUNTERCLAIM

17. On information and belief, any language referenced in CPAL's Counterclaim comes from a public statement made by CPAL.

WHERFORE, Plaintiff respectfully demands judgment dismissing the Counterclaim, together with costs and disbursements, judgment as requested in Plaintiff's Complaint, and any other relief that the Court may deem just and proper.

Dated:    New York, New York
          June 25, 2007

                                    _____
                                    William M. Hart (WH-1604)
                                    Louis M. Solomon (LS-7906)
                                    Hank L. Goldsmith (HG-7108)
                                    PROSKAUER ROSE LLP

                                    1585 Broadway
                                    New York, NY 10036-8299
                                    Phone: (212) 969-3000

                                    *Attorneys for Plaintiff*

To:   Michael J. Holland, Esq. (MH 8329)
      Condon & Forsyth LLP
      7 Times Square
      New York, New York 10036
      (212) 490-9100

      *Attorneys for Defendant*