EXHIBIT A – [PROPOSED] ORDER

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-20-07

------------------------------------X

| | |
|---|---|
| FLIGHT SCIENCES, INC., | : |
| | : 07 CV 2830 (VM) |
| Plaintiff, | : |
| | : ECF CASE |
| against | : |
| | : **ORDER FOR ADMISSION *PRO*** |
| CATHAY PACIFIC AIRWAYS LIMITED | : ***HAC VICE* ON WRITTEN** |
| | : **MOTION** |
| Defendant. | : |

------------------------------------X

Upon the motion of William M. Hart, attorney for Plaintiff Flight Sciences, Inc., and said sponsor's attorney's declaration in support;

**IT IS HEREBY ORDERED** that

ARTHUR C. CHAMBERS
Law Offices of Arthur C. Chambers
2095 Van Ness Avenue
San Francisco, California 94109
415-775-2144
415-775-1308

is admitted to practice *pro hac vice* as counsel for Plaintiff Flight Sciences, Inc. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

SO ORDERED:

7-20-07
DATE           VICTOR MARRERO, U.S.D.J.