ORIGINAL

PROSKAUER ROSE LLP
William M. Hart (WH-1604)
Louis M. Solomon (LS-7906)
Hank L. Goldsmith (HG-7108)
1585 Broadway
New York, NY 10036-8299
Telephone 212.969.3000
*Attorneys for Plaintiff Flight Sciences, Inc.*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

FLIGHT SCIENCES, INC.,                    :
                                          :    **07 CV 2830 (VM)**
            Plaintiff,                     :
                                          :    **ECF CASE (THIS MOTION NOT**
    against                                :    **TO BE FILED**
                                          :    **ELECTRONICALLY)**
CATHAY PACIFIC AIRWAYS LIMITED            :
                                          :    **MOTION TO ADMIT COUNSEL**
            Defendant.                     :    ***PRO HAC VICE***

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**PURSUANT TO RULE 1.3(c)** of the Local Rules of the United States District Courts

for the Southern and Eastern Districts of New York, William M. Hart, one of the counsel for

Plaintiff and a member in good standing of the bar and this Court, hereby moves for an order

allowing the admission *pro hac vice* of

| | |
|---|---|
| Applicant's Name: | ARTHUR C. CHAMBERS |
| Firm Name: | Law Offices of Arthur C. Chambers |
| Address: | 2095 Van Ness Avenue |
| City/State/ZIP: | San Francisco, California 94109 |
| Phone Number: | 415-775-2144 |
| Fax Number: | 415-775-1308 |

ARTHUR C. CHAMBERS is a member in good standing of the bar of the State of

California. There are no pending disciplinary proceedings against ARTHUR C. CHAMBERS

in any State or Federal court.

Dated: July 17, 2007
New York, New York

Respectfully submitted,

PROSKAUER ROSE LLP

William M. Hart (WH-1604)
1585 Broadway
New York, NY 10036-8299
Telephone 212.969.3000
*Attorneys for Plaintiff Flight Sciences, Inc.*

To:    Michael J. Holland, Esq. (MH 8329)
Condon & Forsyth LLP
7 Times Square
New York, New York 10036
(212) 490-9100
*Attorneys for Defendant*

PROSKAUER ROSE LLP
William M. Hart (WH-1604)
Louis M. Solomon (LS-7906)
Hank L. Goldsmith (HG-7108)
1585 Broadway
New York, NY  10036-8299
Telephone 212.969.3000
*Attorneys for Plaintiff Flight Sciences, Inc.*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

FLIGHT SCIENCES, INC.,                    :

                                          :    **07 CV 2830 (VM)**

            Plaintiff,          :

                                          :    **ECF CASE  (THIS**

    against                            :    **DECLARATION NOT TO BE**

                                          :    **FILED ELECTRONICALLY)**

CATHAY PACIFIC AIRWAYS LIMITED            :

                                          :    **DECLARATION OF WILLIAM M.**

            Defendant.          :    **HART IN SUPPORT OF MOTION**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X    **TO ADMIT COUNSEL *PRO HAC***

                                               ***VICE***

**WILLIAM M. HART** under penalty of perjury, declares as follows:

1.    I am a member of Proskauer Rose LLP, counsel for Plaintiff in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Arthur C. Chambers as counsel *pro hac vice* to represent plaintiff in this matter.

2.    I am a member in good standing of the bar of the State of New York and was admitted to practice law in 1982. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3.    I have known Arthur C. Chambers since 2003.

4.    Mr. Chambers maintains his law offices in San Francisco, California.

5.    I have found Mr. Chambers to be a skilled attorney and a person of integrity.  He is

experienced in federal practice and is familiar with the Federal Rules of Procedure.

6.    Accordingly, I am pleased to move the admission of Arthur C. Chambers, *pro hac vice.*

7.    I respectfully submit a proposed order granting the admission of Arthur C. Chambers, *pro

hac vice*, which is attached hereto as Exhibit A.

8.    I enclose as Exhibit B a copy of a Certificate of Good Standing from the California State

Bar for Mr. Chambers issued within the last 30 days.

9.    I declare the foregoing to be true and correct under penalty of perjury pursuant to 28

U.S.C. § 1746.

WHEREFORE it is respectfully requested that the motion to admit Arthur C. Chambers, *pro hac

vice*, to represent Plaintiff in the above captioned matter, be granted.

Executed on:  July 16, 2007

Respectfully submitted,

WILLIAM M. HART (WH-1604)

EXHIBIT A – [PROPOSED] ORDER

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

FLIGHT SCIENCES, INC.,                    :

                                      :     **07 CV 2830 (VM)**

       Plaintiff,          :

                                      :     **ECF CASE**

   against                       :

                                      :     **ORDER FOR ADMISSION *PRO***

CATHAY PACIFIC AIRWAYS LIMITED            :     ***HAC VICE* ON WRITTEN**

                                      :     **MOTION**

       Defendant.          :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Upon the motion of William M. Hart, attorney for Plaintiff Flight Sciences, Inc., and said
sponsor's attorney's declaration in support;

      **IT IS HEREBY ORDERED** that

      ARTHUR C. CHAMBERS
      Law Offices of Arthur C. Chambers
      2095 Van Ness Avenue
      San Francisco, California 94109
      415-775-2144
      415-775-1308

is admitted to practice *pro hac vice* as counsel for Plaintiff Flight Sciences, Inc. in the above
captioned case in the United States District Court for the Southern District of New York. All
attorneys appearing before this Court are subject to the Local Rules of this Court, including the
Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing
(ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.
Counsel shall forward the *pro hac vice* fee to the Clerk of the Coutr.

Dated: _____, 2007
New York, New York

_____
U.S.D.J

**EXHIBIT B**

**ARTHUR C. CHAMBERS CERTIFICATE**

# THE STATE BAR
# OF CALIFORNIA

**MEMBER SERVICES CENTER**

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1639                    TELEPHONE: 888-800-3400

July 2, 2007

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, ARTHUR CHARLES CHAMBERS, #53282 was admitted to the practice of law in this state by the Supreme Court of California on December 13, 1972; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; that the public record states that information has been provided pursuant to Business and Professions Code section 6086.1(c); and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records

AFFIDAVIT OF SERVICE
(Law Firm)

STATE OF NEW YORK          )
                           )    ss.:
COUNTY OF NEW YORK   )

ALLEN F. HEALY, being duly sworn, deposes and states:

1. I am not a party to this action, am over eighteen years of age, and reside in Bronx,

New York.

2. On July 17, 2007, I served, by hand, true copies of the Motion To Admit Counsel Pro

Hac Vice and Declaration Of William M. Hart with Order For Admission Pro Hac Vice On

Written Motion and Arthur C. Chambers Certificate, upon Michael J. Holland, Esq., Attorneys

for Defendant, at Condon & Forsyth LLP, 7 Times Square, New York, New York 10036, by

having said document personally delivered to and having true copies of the aforementioned

documents left at said address.

Allen F. Healy
Process Server's License #0921311

Sworn to before me this
17th day of July 2007.

(Notary Public)

MARY JANE McALEAVY
Notary Public, State of New York
No. 31-4987312
Qualified in New York County
Commisson Expires October 7, 20 0 9