UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x     MH 8329
                                                    :

FLIGHT SCIENCES, INC.,                         :     07  CV 2830 (VM)
                                                    :

                 Plaintiff,           :

                                                    :

    -   against –                      :

                                                    :

CATHAY PACIFIC AIRWAYS LIMITED,       :

                                                  :

               Defendant.        :

----------------------------------------------------------------x

## MOTION TO ADMIT RODERICK DAVID MARGO
## PRO HAC VICE

     PLEASE TAKE NOTICE that pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I  Michael J. Holland, a member in good standing of the bar of this Court, hereby move this Court for an Order allowing the admission pro hac vice of Roderick David Margo, Condon & Forsyth LLP, 1901 Avenue of the Stars, Suite 850, Los Angeles, California  90067, telephone:  310 557-2030 and facsimile: 310  557-1299.   Roderick David Margo is a member in good standing of the Bar of the State of California.  There are no pending disciplinary proceedings against Roderick David Margo in any State or Federal court.

Dated:  New York, New York
         August 6, 2007

Respectfully submitted,

CONDON & FORSYTH LLP

By _____

Michael J. Holland (MH 8329)
7 Times Square
New York, New York 10036
(212) 490-9100

Attorneys for Defendant
CATHAY PACIFIC AIRWAYS LIMITED

To:    Hank L. Goldsmith, Esq. (HG 7108)
       Proskauer Rose LLP
       1585 Broadway
       New York, New York 10036-8299
       (212) 969-3000

       Arthur C. Chambers, Esq.
       Law Offices of Arthur C. Chambers
       2095 Van Ness Avenue
       San Francisco, CA  94109
       (415) 775-2144

       Attorneys for Plaintiff
       Flight Sciences, Inc.

- 2 -

## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK    )
                       ) ss:
COUNTY OF NEW YORK  )

      Mary Ann Rooney, being duly sworn, deposes and says that deponent is not a party to the action, is over 18 years of age and resides in Queens, New York.  That on the 6th day of August, 2007 deponent served the within Motion to Admit, Affidavit and Order upon:

      Hank L. Goldsmith, Esq.
      Proskauer Rose LLP
      1585 Broadway
      New York, New York  10036-8299

      Arthur C. Chambers, Esq.
      Law Offices of Arthur C. Chambers
      2095 Van Ness Avenue
      San Francisco, CA  94109

      At the address designated by said attorneys for that purpose by depositing same enclosed in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office Department within the State of New York.

                                     _____
                                     Mary Ann Rooney

Sworn to before me this
6th day of August, 2007

_____
Notary Public

      MICHAEL J HOLLAND
    Notary Public, State of New York
        No. 41-4501283
     Qualified in Nassau County
  Commission Expires August 31, 2009

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x     MH 8329
                                :

FLIGHT SCIENCES, INC.,                :    07  CV 2830 (VM)
                                :

               Plaintiff,        :
                                :

   -   against –                :
                                :

CATHAY PACIFIC AIRWAYS LIMITED,    :
                                :

              Defendant.     :
---------------------------------------------------------------x

### AFFIDAVIT OF MICHAEL J. HOLLAND IN
### SUPPORT OF MOTION TO ADMIT COUNSEL
### PRO HAC VICE

STATE OF NEW YORK    )
                        ) ss.:
COUNTY OF NEW YORK  )

        Michael J. Holland, being duly sworn, hereby deposes and says as follows:

        1.     I am a partner of the law firm of Condon & Forsyth LLP, counsel for defendant in the above captioned action.  I am familiar with the proceedings in this case.  I make this statement based on my personal knowledge of the facts set forth herein and in support of defendant's motion to admit Roderick David Margo as counsel pro hac vice to represent the defendant in this matter.

        2.     I am a member in good standing of the bar of the State of New York, and was admitted to practice law on March 5, 1973.  I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3.      I have known Roderick David Margo since 1977.  Mr. Margo is a partner in Condon & Forsyth LLP based in our Los Angeles office.

4.      I have found Mr. Margo to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

5.      Accordingly, I am pleased to move the admission of Mr. Margo, pro hac vice.

6.      I respectfully submit a proposed order granting the admission of Roderick David Margo, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Roderick David Margo, pro hac vice, to represent the defendant in the above captioned matter.

Dated:      August 6, 2007
            New York, New York


Respectfully submitted

_____
Michael J. Holland (8329)


Sworn to before me this
6th day of August, 2007


_____
Notary Public

**MARY ANN ROONEY**
**NOTARY PUBLIC, State of New York**
**No. 31-4672706**
**Qualified in Queens County**
**Commission Expires May 31, 2010**

- 2 -



# Supreme Court of California

FREDERICK K. OHLRICH
*Clerk of the Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

#### RODERICK DAVID MARGO

*I*, FREDERICK K. OHLRICH, *Clerk of the Supreme Court of the State of California, do hereby certify that RODERICK DAVID MARGO was on the 29TH day of MAY 1981, duly admitted to practice as an attorney and counselor at law in all the courts of this state; and that his name now appears on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court, this 1st day of AUGUST, 2007.*

FREDERICK K. OHLRICH
*Clerk of the Supreme Court*

By _Joseph Cornetta_
*Joseph Cornetta, Deputy Clerk*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x    MH 8329
                                           :

FLIGHT SCIENCES, INC.,                    :     07  CV 2830 (VM)
                                           :

                Plaintiff,      :     **ORDER FOR ADMISSION PRO**
                                         :     **HAC VICE ON WRITTEN**
    -  against –                  :     **MOTION**
                                         :

CATHAY PACIFIC AIRWAYS LIMITED,   :
                                         :

               Defendant.     :

----------------------------------------------------------------x

      Upon the motion of Michael J. Holland, attorney for defendant Cathay Pacific Airways Limited and said sponsor attorney's affidavit in support;

      IT IS ORDERED that

      Roderick David Margo, Esq.
      Condon & Forsyth LLP
      1901 Avenue of the Stars
      Suite 850
      Los Angeles, CA  90067
      Tel:  310 557-2030
      Fax:  310 557-1299
      E-mail:  rmargo@condonlaw.com

is admitted to practice pro hac vice as counsel for defendant Cathay Pacific Airways Limited in the above captioned case in the United States District Court for the Southern District of New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.  If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.  Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated:  New York, New York
        August   , 2007

_____ _____
Honorable
United States District Judge