UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x    MH 8329

FLIGHT SCIENCES, INC.,                                          :    07  CV 2830 (VM)
                                                                :
                                    Plaintiff,                  :    **ORDER FOR ADMISSION PRO**
                                                                :    **HAC VICE ON WRITTEN**
-    against –                                                  :    **MOTION**
                                                                :
CATHAY PACIFIC AIRWAYS LIMITED,                                 :
                                                                :
                                    Defendant.                  :
                                                                :
-----------------------------------------------------------------x

        Upon the motion of Michael J. Holland, attorney for defendant Cathay Pacific

Airways Limited and said sponsor attorney's affidavit in support;

        IT IS ORDERED that

        Roderick David Margo, Esq.
        Condon & Forsyth LLP
        1901 Avenue of the Stars
        Suite 850
        Los Angeles, CA  90067
        Tel:  310 557-2030
        Fax:  310 557-1299
        E-mail:  rmargo@condonlaw.com

is admitted to practice pro hac vice as counsel for defendant Cathay Pacific Airways Limited

in the above captioned case in the United States District Court for the Southern District of

New York.  All attorneys appearing before this Court are subject to the Local Rules of this

Court, including the Rules governing discipline of attorneys.  If this action is assigned to the

Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password

at nysd.uscourts.gov.  Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated:  New York, New York
        August  , 2007

Honorable **Victor Marrero**
United States District Judge

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-16-07
```