USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATED: 10/11/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

FLIGHT SCIENCES, INC.,                                    :

                              Plaintiff,                  :     **ORDER**

              -against-                                   :     07 Civ. 2830 (VM)(FM)

CATHAY PACIFIC AIRWAYS LIMITED,         :

                              Defendant.                  :

------------------------------------------------------------x

**FRANK MAAS,** United States Magistrate Judge.

        Pursuant to a discovery conference held earlier today, it is hereby

ORDERED that the parties shall jointly submit a proposed amended scheduling order to

the Court on or before October 17, 2007.

                SO ORDERED.

Dated:        New York, New York
              October 10, 2007

                                        _____
                                           FRANK MAAS
                                        United States Magistrate Judge

Copies to:

Honorable Victor Marrero
United States District Judge

Hank L. Goldsmith, Esq.
Proskauer Rose LLP
Fax: (212) 969-2900

Michael J. Holland, Esq.
Condon and Forsyth LLP
Fax: (212) 370-4482