```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/22/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

FLIGHT SCIENCES, INC.,            :

                Plaintiff,   :   **AMENDED SCHEDULING ORDER**

   -against-                          :

                                       07 Civ. 2830 (VM)(FM)

CATHAY PACIFIC AIRWAYS LIMITED,   :

                Defendant.   :

------------------------------------------------------------x

**FRANK MAAS,** United States Magistrate Judge.

       It is hereby ORDERED that:

1. On or before October 28, 2007, defendant Cathay Pacific Airways Limited shall identify its 30(b)(6) witnesses.

2. On or before November 16, 2007, defendant Cathay Pacific Airways Limited shall complete its production of the documents ordered to be produced on a rolling basis at the October 10, 2007, discovery conference.

3. On or before January 15, 2008, all requests to admit shall be served, and on or before February 1, 2008, all depositions shall be completed.

4. On or before February 15, 2008, all fact discovery shall be completed.

5. On or before March 14, 2008, the parties shall disclose all affirmative experts and serve all affirmative expert reports, together with any other materials required by Fed. R. Civ. P. 26(a) and 35.

6. On or before April 14, 2008, the parties shall disclose all rebuttal experts and serve all rebuttal expert reports, together with any other materials required by Fed. R. Civ. P. 26(a) and 35.

7. On or before April 30, 2008, all expert discovery shall be completed.

8. Any interim deadlines may be extended by the parties on consent without application to the Court, provided that the parties complete all discovery on or before April 30, 2008.

9. A settlement conference shall be held on May 14, 2008, at 2:00 p.m., in Courtroom 20A. Three days before the conference, counsel shall submit letters complying with my settlement procedures.

SO ORDERED.

Dated: New York, New York
October 22, 2007

_____
FRANK MAAS
United States Magistrate Judge

Copies to:

Honorable Victor Marrero
United States District Judge

Hank L. Goldsmith, Esq.
Proskauer Rose LLP
Fax: (212) 969-2900

Michael J. Holland, Esq.
Condon and Forsyth LLP
Fax: (212) 370-4482