UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

FLIGHT SCIENCES, INC.,                          :

             Plaintiff,          :      **ORDER**

   -against-                                        :      07 Civ. 2830 (VM)(FM)

CATHAY PACIFIC AIRWAYS LIMITED,   :

            Defendant.          :

------------------------------------------------------------x

**FRANK MAAS**, United States Magistrate Judge.

      Pursuant to a conference held earlier today, it is hereby ORDERED that a further conference shall be held on January 10, 2008, at 2:00 p.m. in Courtroom 20A.

      SO ORDERED.

Dated:    New York, New York
            January 4, 2008

                                            FRANK MAAS
                              United States Magistrate Judge

Copies to:

Honorable Victor Marrero
United States District Judge

Hank L. Goldsmith, Esq.
Proskauer Rose LLP
Fax: (212) 969-2900

Michael J. Holland, Esq.
Condon and Forsyth LLP
Fax: (212) 370-4482