UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

FLIGHT SCIENCES, INC.,                          :

              Plaintiff,          :   **ORDER**

    -against-                                   :   07 Civ. 2830 (VM)(FM)

CATHAY PACIFIC AIRWAYS LIMITED,                 :

              Defendant.          :

-------------------------------------------------------x

**FRANK MAAS,** United States Magistrate Judge.

       Pursuant to a conference held earlier today, it is hereby ORDERED that a further conference shall be held on February 7, 2008, at 2:00 p.m. in Courtroom 20A. The parties shall provide the Court with a copy of the transcripts of the relevant Fed. R. Civ. P 30(b)(6) depositions, as well as any letters, by February 5, 2008.

       SO ORDERED.

Dated:    New York, New York
             January 10, 2008

                                               _____
                                                  FRANK MAAS
                                           United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/10/08

Copies to:

Honorable Victor Marrero
United States District Judge

Hank L. Goldsmith, Esq.
Proskauer Rose LLP
Fax: (212) 969-2900

Michael J. Holland, Esq.
Condon and Forsyth LLP
Fax: (212) 370-4482