## CONDON & FORSYTH LLP

NEW YORK
LOS ANGELES

Direct Dial: (212) 894-6740
Direct Fax: (212) 370-4482
mholland@condonlaw.com

**VIA FACSIMILE**

January 11, 2008

Honorable Frank Maas
United States Magistrate District Judge
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/11/08

Re: Flight Sciences v. Cathay Pacific Airways Limited
    07 Civ. 2830 (VM)
    C and F Ref: 63103

Dear Judge Maas:

Following the conference before Your Honor yesterday afternoon, counsel for both parties realized they have conflicts on February 7, 2008. Would it be possible to move the conference from February 7, 2008 to February 6, 2008, with each party's letters being due on February 4, 2008 rather than February 5, 2008?

Mr. Goldsmith joins me in making this request to the Court.

Respectfully yours,

CONDON & FORSYTH LLP

By _____
   Michael J. Holland

MJH/mar

*The conference will be held 2/6/08 at 10 am with letters due by 2/4/08. Counsel should call my Chambers on 2/5/08 to determine where the conference will be held.*

*Maas, USMJ, 1/11/08*

7 TIMES SQUARE, NEW YORK, NEW YORK 10036   TELEPHONE 212.490.9100   FACSIMILE 212.370.4453