**MEMO ENDORSED**

# CONDON & FORSYTH LLP

NEW YORK
LOS ANGELES
Direct Dial: (212) 894-6740
Direct Fax: (212) 370-4482
mholland@condonlaw.com

**VIA FACSIMILE**

February 19, 2008

Honorable Frank Maas
United States Magistrate Judge
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/19/08
```

*The conference will be held 3/25/08 at 5pm.*

*Maas, USMJ*
*3/19/08*

Re:    Flight Sciences v. Cathay Pacific Airways Limited
       07 Civ. 2830 (VM)
       C and F Ref: 63103

Dear Judge Maas:

Following the conference before Your Honor on February 15, 2008, counsel for both parties realized that they have conflicts on March 26, 2008, at 5:00 p.m. We respectfully request that the March 26, 2008 conference be rescheduled to either the morning of March 26, 2008 or to March 25, 2008.

Mr. Goldsmith joins me in making this request to the Court.

Respectfully yours,

CONDON & FORSYTH LLP

By _____
    Michael J. Holland

MJH/rv