UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

FLIGHT SCIENCES, INC., :

                Plaintiff, : **ORDER**

-against- : 07 Civ. 2830 (VM)(FM)

CATHAY PACIFIC AIRWAYS LIMITED, :

                Defendant. :

------------------------------------------------------------x

**FRANK MAAS,** United States Magistrate Judge.

    Pursuant to a conference held earlier today, it is hereby ORDERED that:

1. If the time required to complete the production of a category of documents in "Plaintiff's Second Request for Production of Documents" is

   a. one week or less, the defendant shall produce such documents on or before March 17, 2008;

   b. greater than one week, the defendant shall produce such documents on or before March 31, 2008, with the expense of production to be taxed against the plaintiff as costs if the defendant prevails on the issue of liability.

2. If the parties agree on the production of documents responsive to paragraph 1(b) on a sampling basis, the Court may reconsider its ruling regarding the taxation of costs with respect to such documents.

3. The schedule set forth in the October 22, 2007 Amended Scheduling Order is cancelled.

(USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 2/19/08)

4.  A further conference shall be held on March 26, 2008, at 5:00 p.m. in Courtroom 20A.

SO ORDERED.

Dated:  New York, New York
February 15, 2008

FRANK MAAS
United States Magistrate Judge

Copies to:

Honorable Victor Marrero
United States District Judge

Hank L. Goldsmith, Esq.
Proskauer Rose LLP
Fax: (212) 969-2900

Michael J. Holland, Esq.
Condon and Forsyth LLP
Fax: (212) 370-4482