UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

FLIGHT SCIENCES, INC.,                    :

              Plaintiff,        :   **SECOND AMENDED**
                                              **SCHEDULING ORDER**

  -against-                              :
                                              07 Civ. 2830 (VM)(FM)

CATHAY PACIFIC AIRWAYS LIMITED,           :

              Defendant.        :

------------------------------------------------------------x

**FRANK MAAS**, United States Magistrate Judge.

    It is hereby ORDERED that:

1. On or before April 15, 2008, all paper discovery shall be completed and all interrogatories shall be served.

2. On or before June 13, 2008, all fact depositions shall be completed.

3. On or before May 15, 2008, all requests to admit shall be served.

4. With the exception of expert disclosure on damage issues,

    a. On or before August 1, 2008, the parties shall disclose all affirmative experts and exchange affirmative expert reports, together with any other materials required by Fed. R. Civ. P. 26(a)(2).

    b. On or before September 1, 2008, the parties shall disclose all rebuttal experts and exchange rebuttal expert reports, together with any other materials required by Fed. R. Civ. P. 26(a)(2).

5. A settlement conference shall be held on June 27, 2008, at 10:00 a.m., in Courtroom 20A. Three days before the conference, counsel shall submit letters complying with my settlement procedures. If the

case is not settled, the Court will set a schedule for expert discovery concerning damages at the conference. Counsel should anticipate that the time allotted for such discovery will be brief.

SO ORDERED.

Dated:    New York, New York
March 26, 2008

---
FRANK MAAS
United States Magistrate Judge

Copies to:

Honorable Victor Marrero
United States District Judge

Hank L. Goldsmith, Esq.
Proskauer Rose LLP
Fax: (212) 969-2900

Michael J. Holland, Esq.
Condon and Forsyth LLP
Fax: (212) 370-4482