UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

FLIGHT SCIENCES, INC.,                    :

                  Plaintiff,          :   **ORDER**

     -against-                           :   07 Civ. 2830 (VM)(FM)

CATHAY PACIFIC AIRWAYS LIMITED,           :

                  Defendant.          :

------------------------------------------------------------x

**FRANK MAAS,** United States Magistrate Judge.

        By letter dated April 28, 2008, the defendant seeks to compel the disclosure of trade secret information related to the recommendations made by the plaintiff to other airlines. Having reviewed that letter and the plaintiff's letter in opposition, dated April 29, 2008, and having conferred by telephone with counsel earlier today, it is hereby ORDERED that the defendant's application is denied for the reasons explained during the telephone conference.

        SO ORDERED.

Dated:     New York, New York
            April 30, 2008

                                          FRANK MAAS
                                          United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/30/08

Copies to:

Honorable Victor Marrero
United States District Judge

Hank L. Goldsmith, Esq.
Proskauer Rose LLP
Fax: (212) 969-2900

Michael J. Holland, Esq.
Condon and Forsyth LLP
Fax: (212) 370-4482