*MPRR=x6/5*

**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x

FLIGHT SCIENCES, INC.,

                Plaintiff,

   – against –

CATHAY PACIFIC AIRWAYS LIMITED,

                Defendant.

---------------------------------------------------------------- x

07 CV 2830 (VM)
[ECF CASE]

STIPULATION OF
AUTHENTICITY

     Plaintiff Flight Sciences, Inc. and Defendant Cathay Pacific Airways Limited hereby agree and stipulate as follows:

     1.    The parties hereby stipulate to the authenticity of all documents produced in this matter, without the need for verification that these documents are what they purport to be on their face.

     2.    The parties hereby stipulate that the documents were created and kept in the ordinary course of their regularly conducted business activities, and that the documents which were created from documents shall be treated for all purposes as if they were created and kept in the ordinary course of regularly conducted business activities.

     3.    It is expressly agreed that this stipulation extends only to the authenticity of the documents, and is without waiver of any objection to any document on any grounds including relevance or admissibility.



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/15/08



RECEIVED
MAY 14 2008
U.S. MAG. JUDGE

Dated: New York, New York
       May 12, 2008

| PROSKAUER ROSE LLP | CONDON & FORSYTH LLP |
|---|---|
| By /s/ Matthew Rothman | By /s/ Michael Holland |
| Hank L. Goldsmith (HG 7108) | Michael J. Holland (MH 8329) |
| Matthew K. Rothman (MR 6078) | |
| 1585 Broadway | 7 Times Square |
| New York, New York 10036-8299 | New York, New York 10036 |
| (212) 969-3000 | (212) 490 9100 |
| -and- | -and- |
| Arthur C. Chambers, Esq. | Roderick D. Margo |
| Law Offices of Arthur C. Chambers | Condon & Forsyth LLP |
| 2095 Van Ness, CA 94109 | 1901 Avenue of the Starts |
| (415) 775-2144 | Los Angeles, California 90067 |
| | (310) 557-2030 |
| Attorneys for Plaintiff | |
| Flight Sciences, Inc | Attorneys for Defendant |
| | Cathay Pacific Airways Limited |

SO ORDERED:

/s/ 
U.S.M.J.    5/15/08

2