# MEMO ENDORSED

## PROSKAUER ROSE LLP

1585 Broadway
New York, NY 10036-8299
Telephone 212.969.3000
Fax 212.969.2900

LOS ANGELES
WASHINGTON
BOSTON
BOCA RATON
NEWARK
NEW ORLEANS
PARIS

Hank L. Goldsmith
Member of the Firm

Direct Dial 212.969.3418
hgoldsmith@proskauer.com

July 14, 2008

**APPLICATION GRANTED**
**SO ORDERED**

*/s/ Frank Maas*
Frank Maas, USMJ 7/14/08

By Fax

Hon. Frank Maas
United States Magistrate Judge
United States District Court for the
Southern District of New York
United States Courthouse, Ste. 740
500 Pearl Street
New York, New York 10007

Re: Flight Sciences, Inc. v. Cathay Pacific Airways Limited
07 Civ. 2830 (VM) (ECF Case)

Dear Magistrate Judge Maas:

We write regarding the current expert discovery schedule, which requires the parties' initial expert reports to be completed by August 1, 2008. Because the next settlement conference in this matter has been scheduled for August 6, 2008, the parties jointly request a brief adjournment of the expert discovery schedule. The parties hereby propose to establish a new expert discovery schedule at the August 6 conference, in the event the parties fail to reach a settlement. Defendant Cathay Pacific also requests to raise the issue at the conference of whether simultaneous expert disclosure is appropriate in this matter.

We look forward to seeing your Honor on August 6, and we thank you for your consideration.

Respectfully,

*/s/*

Hank L. Goldsmith

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/14/08