UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

FLIGHT SCIENCES, INC.,   :

              Plaintiff,   :   **ORDER**

   -against-   :   07 Civ. 2830 (VM)(FM)

CATHAY PACIFIC AIRWAYS LIMITED,   :

             Defendant.   :

------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/6/08

**FRANK MAAS**, United States Magistrate Judge.

        Pursuant to a conference held earlier today, it is hereby ORDERED that:

1. On or before September 30, 2008, the plaintiff shall serve its expert reports, together with the other materials required by Fed. R. Civ. P. 26(a)(2).

2. On or before October 24, 2008, the defendant shall serve its expert reports, together with the other materials required by Fed. R. Civ. P. 26(a)(2).

3. A further telephone conference shall be held on October 27, 2008, at 10:00 a.m. Defendant's counsel shall initiate the call by dialing Chambers at (212) 805-6727.

4. On or before November 28, 2008, all discovery shall be completed.

        SO ORDERED.

Dated:    New York, New York
           August 6, 2008

                                          _____
                                          FRANK MAAS
                                    United States Magistrate Judge

Copies to:

Honorable Victor Marrero
United States District Judge

Hank L. Goldsmith, Esq.
Proskauer Rose LLP
Fax: (212) 969-2900

Michael J. Holland, Esq.
Condon and Forsyth LLP
Fax: (212) 370-4482